UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO: 1:25-cv-06339-DEH

STOPLOSS SPECIALISTS, LLC,

        Plaintiff,

v.

INSURED ADVOCACY GROUP, LLC,
and INSURED ADVOCACY GROUP II, LLC,

        Defendants.
_____/

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

The Defendants, INSURED ADVOCACY GROUP, LLC ("IAG"), and INSURED ADVOCACY GROUP II, LLC ("IAG II")(collectively, "Defendants"), hereby notify the Court that Defendants are withdrawing their Motion to Dismiss for Lack of Subject Matter Jurisdiction (DIN ##19, 20).  Assuming that the Court concludes that it has subject matter jurisdiction under 28 U.S.C. §1332, Defendants intend to file a motion to compel arbitration of the claims that the Plaintiff, STOPLOSS SPECIALISTS, LLC, is asserting in this matter.

        Respectfully submitted,

-2 -

*Defendants' Notice Withdrawal of*
*Motion to Dismiss for Lack of Subject Matter Jurisdiction*
*CASE NO: 1:25-cv-06339-DEH*
*pg. 2*

        TORRICELLA LAW, PLLC
        *Attorneys for Defendants*
        7 Bryant Park
        New York, NY 10018
        Telephone (305) 677-7644
        Facsimile (844) 807-3207

By: /s/ Maurice J. Baumgarten
     Maurice J. Baumgarten
     NY Atty. Reg. No. 1787803
     MJB@torricellalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of September 2025, I caused a true and correct copy of the foregoing to be served electronically upon counsel of record.

/s/ Maurice J. Baumgarten
Maurice J. Baumgarten

Application GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 19. SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 1, 2025
New York, New York