UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| StopLoss Specialists, LLC, <br><br>       Plaintiff, <br><br>     v. <br><br> Insured Advocacy Group, LLC, et al., <br><br>       Defendants. | 25-CV-6339 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On review of the Parties' letters at ECF Nos. 41–42, the Court grants the relief requested by Plaintiffs as follows:

1.  Defendants are **ORDERED** to submit a proposed protective order on or before December 26, 2025.  The Parties are **DIRECTED** to meet and confer about the terms of said order.

2.  On or before January 2, 2026, Defendants are **ORDERED** to provide *all* citizenship information required by Rule 7.1, including the identity of the British retirement plan and the members of Schroder II's and Schroder III's general partners.

3.  On or before January 6, 2026, Plaintiffs shall file a letter indicating whether, in their view, Defendants' Rule 7.1 statement is sufficient, and if not, whether they still seek jurisdictional discovery.  If so, the letter shall state with specificity the discovery sought, such as the number of document requests, depositions, and third party subpoenas.

4.  In the event Plaintiffs seek jurisdictional discovery, Defendants may file a letter in response on or before January 9, 2026.

The Clerk of Court is respectfully directed to terminate ECF Nos. 36 and 38.

SO ORDERED.

Dated: December 22, 2025
      New York, New York

 

_____
DALE E. HO
United States District Judge