UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| StopLoss Specialists, LLC, | |
| Plaintiff, | |
| v. | |
| Insured Advocacy Group, LLC, et al., | |
| Defendants. | |

25-CV-6339 (DEH)

ORDER

DALE E. HO, United States District Judge:

On review of the Parties' letters at ECF Nos. 47 and 50, Plaintiff is **DIRECTED** to update the Court on proposed jurisdictional discovery in light of Defendants' sealed production, in a letter not to exceed three pages to be filed no later than January 16, 2026. Specifically, Plaintiff should state whether, in light of Defendants' production, it can specify with more precision the scope of the third-party discovery it seeks, and which specific third-party entities from which it would seek to take discovery.[1]

SO ORDERED.

Dated: January 12, 2026
New York, New York

_____
DALE E. HO
United States District Judge

---

[1] See ECF No. 47 at 2 ("Specialists requests the opportunity to (1) serve ten requests for production and ten interrogatories on Defendants on the topics of the relevant citizenship information and Defendants' control over that information; (2) take 30(b)(6) depositions of Defendants on these same topics; and (3) serve third-party subpoenas on these same topics to any entity whose citizenship is attributable to Defendants. Specialists cannot at this time identify the number of third-party subpoenas that may be necessary because it cannot determine which of the four previously mentioned limited partnerships owns IAG and IAG II nor, by extension, the number of entities whose citizenship is attributable to Defendants.").