UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

StopLoss Specialists, LLC,

                Plaintiff,

       v.

Insured Advocacy Group, LLC, et al.,

                Defendants.

25-CV-6339 (DEH)

ORDER

DALE E. HO, United States District Judge:

    As stated on the record during today's discovery conference, Plaintiff's Motion to Compel, ECF No. 62, is **DENIED AS MOOT**. All further jurisdictional discovery is hereby **STAYED** pending further order of this Court.

    The Parties are directed to meet and confer regarding Plaintiff's forthcoming Motion for Leave to Amend the complaint in light of Plaintiff's recent bankruptcy filing. On or before March 12, 2026, the Parties are ordered to file a status letter that states whether Defendants consent to Plaintiff's amendment of the complaint. If Defendants do not consent, the Parties are directed to include a proposed briefing schedule for Plaintiff's motion. If the Parties cannot agree on a briefing schedule, each side will have one page to argue in favor of their preferred briefing schedule within the joint status letter.

    The Clerk of Court is respectfully directed to terminate ECF No. 62.

SO ORDERED.

Dated: March 5, 2026
      New York, New York

                                   DALE E. HO
                           United States District Judge